UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 99-1401

———————————

PATSY HOLBROOK, Widow of William Holbrook,
Deceased,

Petitioner,

versus

EASTERN ASSOCIATED COAL COMPANY; DIRECTOR,
OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR,

Respondents.

———————————

On Petition for Review of an Order of the Benefits Review Board.
(98-0814-BLA)

———————————

Submitted: September 14, 1999      Decided: September 27, 1999

———————————

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

S. F. Raymond Smith, RUNDLE & RUNDLE, L.C., Pineville, West Vir-
ginia, for Petitioner.  Mark E. Solomons, Laura Metcoff Klaus,
ARTER & HADDEN, L.L.P., Washington, D.C., for Respondents.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patsy Holbrook seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1999). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Holbrook v. Eastern Associated Coal Co., BRB No. 98-0814-BLA, (B.R.B. Mar. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED